UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

SANDRA W. FILLICHIO,

      Plaintiff,

v.

REDLINE RECOVERY SERVICES, LLC and
ASSET ACCEPTANCE, LLC

      Defendant.

_____/

## COMPLAINT
JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. The Court has jurisdiction over the TCPA under 28 U.S.C. §§1331, see *Marcus D. Mims v. Arrow Financial Services, LLC*, Case No.: 10-1195, 565 U. S. ____ (2012). This Court has federal question jurisdiction over the FDCPA claim. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, SANDRA W. FILLICHIO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, REDLINE RECOVERY SERVICES, LLC, ("REDLINE"), is a limited liability company. Defendant's principal place of business at 95 John Muir Drive, Amherst, New York 14228.

5.     Defendant, ASSET ACCEPTANCE, LLC ("ASSET") is a limited liability company. Defendant's principal place of business at 28405 Van Dyke Avenue, Warren, Michigan 48093.

6.     Defendant, REDLINE, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.     Defendant, ASSET, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8.     Defendant, REDLINE, regularly collects or attempts to collect debts for other parties.

9.     Defendant, ASSET, regularly collects or attempts to collect debts for other parties.

10.    Defendant, REDLINE, is a "debt collector" as defined in the FDCPA.

11.    Defendant, ASSET, is a "debt collector" as defined in the FDCPA.

2

12.     Defendant, REDLINE, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

13.     Defendant, ASSET, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

14.     By virtue of its status as a debt collector, ASSET, is vicariously liable to Plaintiff and the class for REDLINE's violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v. L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008); *Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

15.     Because ASSET is the creditor on whose behalf REDLINE placed the calls, it is vicariously liable to Plaintiff and the class with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

<u>FACTUAL ALLEGATIONS</u>

16.     Defendant, REDLINE, sought to collect from Plaintiff a debt arising from an alleged debt incurred for personal, family or household purposed and due to ASSET.

17.     On behalf of ASSET, Defendant, REDLINE, left the following messages on Plaintiff's voice mail on her cellular or residential telephones as indicated on or about the dates stated:

November 23, 2010 at 4:18 PM – Cellular
This message is intended for Sandra Fillichio. If you're not Sandra Fillichio, please hang up or disconnect. If you are Sandra, please continue to listen to this message. There will be a 3 second pause in this message. By continuing to listen to this message you acknowledge that you are Sandra Fillichio. Mr. or Mrs. Fillichio, this communication is from a debt collector with Redline Recovery Services. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Jonathan Williams at 866-281-5701, ask for extension 4212. I'll be here until 9:00 PM and it is important that I speak with you.

November 29, 2010 at 7:24 PM – Home
Hello, this message is for Sandra Fillichio. If you're not Sandra, please disregard and hang up. If you are Sandra, please continue to listen to this message. Be a three second pause. By continuing to listen to this message you acknowledge that you are Sandra Fillichio. This communication is with Redline Recovery Services, a debt collector. Um, in accordance with federal law, I'm advised to tell you this call is concerning a debt. Any information obtained will be used for that purpose. It's imperative that you reach Gray Barnhill, uh, to resolve this issue, um, in a timely matter. Uh, call him as soon as possible at 800-218-6371, extension 4194.

December 1, 2010 at 4:19 PM – Home
This is a message intended for Sandra Fillichio. If you're not Sandra Fillichio, please stop this message and hang up. If so, continue listening, there will be a 3 second pause. By continuing to listen to the message you acknowledge that you are Sandra Fillichio. Sandra, in accordance with federal law, I must advise you that this call is an attempt collect on a debt.

4

Any information obtained will be used for that purpose. My name is Mrs. White I can be reached at 1-800-218-6371 and my extension is 4195.

December 8, 2010 at 12:56 PM 1 of 2 – Cellular
This message is for Sandra Fillichio. If you're not Sandra Fillichio, please hang up. If you are Sandra Fillichio, please continue to listen to this message. There will be a three second pause. By continuing to listen to this message you acknowledge that you are Sandra Fillichio. Mrs. Fillichio, this communication is from a debt collector with Redline Recovery Service. This is an attempt to collect a debt and any information obtained will be used for that purpose. It is imperative I get a phone call back immediately. My name is Candace Harris I can be reached at 1-866-399-7209. My direct extension is 4192.

December 8, 2010 at 12:58 PM  2 of 2– Home
This message is for Sandra Fillichio. If you're not Sandra Fillichio, please hang up. If you are Sandra Fillichio, please continue to listen to this message. There will be a three second pause. By continuing to listen to this message, you acknowledge that you are Sandra Fillichio. Mrs. Fillichio, this communication is from a debt collector with Redline Recovery Service. This is an attempt to collect a debt. Any information obtained will be used for that purpose. It is imperative I get a phone call back immediately. My name is Candace Harris I can be reached at 1-866-399-7209. My extension is 4192.

December 17, 2010 at 10:07 AM – Home
Hello, this message is for Sandra Fillichio. If you're not Sandra, please disregard. If you are Sandra, please continue to listen to this message, uh there will be a three second pause. By continuing to listen to this message, you acknowledge that you are Sandra Fillichio. This communication is with Redline Recovery Services. In accordance with federal law, I am advising you this call is concerning a debt any information obtained will be used for that purpose. It is imperative that you reach Gary Barnhill at 800-218-6371 extension 41, excuse me, no extension, no extension 025, extension 02, 025.

December 18, 2010 at 9:45 AM – Home
This message is for Sandra Fillichio. If you're not Sandra Fillichio, please hang up. Mrs. Fillichio, in accordance with federal law we are advising you that this call is from a debt collector with Redline Recovery Services. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Lewis at 1-866-281-5701. My extension is 800.

<u>December 21, 2010 at 7:15 PM – Home</u>
This message is for Sandra W. Fillichio. If you are not Sandra W. Fillichio,
please hang up. If you are Sandra W. Fillichio, please continue to listen to
this message. There will be a three second pause in this message. By
continuing to listen, you acknowledge you are Sandra W. Fillichio. This
communication is from a debt collector with Redline Recovery Services.
This is an attempt to collect a debt. Any information obtained will be used
for that purpose. Please call Nicole Anthony at 1-866-399-7209, extension
157. My office hours are from 7:30 AM to 9 PM Central Standard Time.

<u>December 29, 2010 at 1:25 PM – Home</u>
Hello, this message is for Sandra Fillichio. Uh, this is Gary Barnhill. Uh, if
you're not Sandra, please disregard and hang up. If you are Sandra ,please
continue to listen to this message. There will be a three second pause. By
continuing to listen to this message you acknowledge that you are Sandra
Fillichio. This communication is with Redline Recovery Services. In
accordance with federal law, I'm advising you this call concerning a debt.
Any information obtained will be used for that purpose. It is imperative that
you reach Gary Barnhill at the following number. That number is 800-218-
6371, extension 025.

<u>January 8, 2011 at 10:33 AM – Home</u>
This message is for Sandra, Sandra Fillichio. If you're not Sandra Fillichio,
please hang up. There be a 3 second pause in this message. By continuing to
listen to this message you acknowledge you are Sandra Fillichio. This
communication is from Redline Recovery Services, a debt collector and this
an attempt to collect a debt, any information obtained will be used for that
purpose. Please contact Emanual at 1-866-399-7209, extension 4213.

<u>January 25, 2011 at 6:02 PM – Cellular</u>
No Discernable Message

<u>February 4, 2011 at 2:35 PM – Cellular</u>
Hi, this message is being left for Sandra Fillichio. If this is not the voice
message center for Sandy Fillichio, please do not listen to the rest of this
message. If you continue to listen to this message, you're acknowledging
that this is the voice message center for Mrs. Fillichio. This communication
is from a debt collector with Redline Recovery Services. This is an attempt
to collect a debt. Any information obtained will be used for that purpose.

Please call Yvette Oliver at 866-399-7209 with the extension of 172. Thank you.

February 15, 2011 at 7:46 PM – Cellular
Hello, this message is intended for Sandra Fillichio. If you're not Sandra, please hang up. If you are Sandra, please continue to listen to this message and there will be a 3 second pause. By continuing to listen to this message you're acknowledging that you are Sandra. Ms. Fillichio, this communication is from a debt collector with Redline Recovery Services. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Contact Ms. Sanders at 866-399-7209, extension 971. Thank you.

February 24, 2011 at 3:54 PM – Cellular
Message is intended for Sandra Fillichio. If this is not Sandra Fillichio, please hang up. Yes, Sandra my name is Mr. Nelson. I'm calling you with Redline Recovery Services in reference to a matter that has been placed with our office demanding your immediate attention. I have to inform you, when returning this call you will be in communication with a debt collector attempting to collect a debt. Any and all information obtained is used strictly for that purpose. My office number is 1-800-218-6371. Direct extension is 484. I am here tonight until 9:00 Central Standard Time this evening. Thank you.

March 8, 2011 at 12:41 PM – Home – Pre-Recorded Message
This is not a telemarketing or sales call. This call is intended only for Sandra F-I-L-L-I-C-H-I-O. If you are Sandra F-I-L-L-I-C-H-I-O, then please press 1 at the prompt. If you are not.

March 10, 2011 at 6:08 PM – Cellular
Yes, this message is intended for Sandra Fillichio. If this is not Sandra Fillichio, please hang up. Because you are continuing to listen to this message, you do acknowledge that you're Sandra Fillichio. Ms. Fillichio, my name is Mr. Nelson. I'm calling you with Redline Recovery Services in reference to a matter that has been placed with our office demanding your immediate attention. Do understand that when returning this call, you will be in communication with a debt collector attempting to collect a debt? Any and all information obtained is used strictly for this purpose. My office number is 1-800-218-6371. Direct extension is 484. I strongly encourage

you return this call by the close of business and I am here till 9:00 Central Standard Time this evening. Thank you.

April 7, 2011 at 8:09 PM – Home
Hello?

April 16, 2011 at 9:54 AM – Home – Pre-Recorded Message
Intended for Sandra F-i-l-l-i-c-h-i-o. If you are not Sandra F-i-l-l-i-c-h-i-o, please hang up. By continuing to listen to this call, you hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those you do not wish to hear it. In accordance with federal law, we are advising you that this call is from Tam Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Tam Cozy and I can be reached at 866-399-7209. Thank you.

May 7, 2011 at 11:28 AM 1 of 2 – Cellular
This message is for Sandra W. Fillichio. If you're not Sandra Fillichio, please hang up. If you are Sandra Fillichio please continue to listen to this message and there will be a brief three second pause in the message. By continuing to listen to this message, you acknowledge that you are Sandra Fillichio and this communication is from a debt collector with Redline Recovery Services. This is an attempt to collect on a debt Any information obtained will be used for that purpose. My name is Liz Pompane, it is important that you give me a call here in the office between the hours of 7:30 AM and 9 PM Central Standard Time to discuss your options in this matter. Please contact me at 1-866-399-7209, extension 194. And once again, it is important that you give me a call here in the office between the hours of 7:30 AM and 9 PM Central Standard Time. Thank you.

May 7, 2011 at 8:40 AM  2 of 2– Home – Pre-Recorded Message
This message is for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. There will be a three second pause in this message. By continuing to listen to this message, you acknowledge you are Sandra Fillichio. This communication is from Redline Recovery Services, a debt collector and is an attempt to collect a debt, information obtained will be used for that purpose. Please contact Emanuel at 1-866-399-7209, extension 530. Thank you.

<u>May 12, 2011 at 1:55 PM – Cellular</u>
Hi, this message is being left for Sandra, Sandra Fillichio. If this is not the
voice message center for Sandra Fillichio, please do not listen to the rest of
this message. If in fact this is the voice message center for Sandra Fillichio,
please continue to listen to this message. By continuing to listen to this
message, you acknowledge that this is the voice message center for Sandra
Fillichio. Ms. Fillichio, this communication is from a debt collector with
Redline Recovery Services. This is an attempt to get in contact with you in
reference to a debt. Any information obtained will be used for that purpose.
Please contact Yvette Oliver at 866-399-7209 with an extension of 172.
Thank you and have a great day.

<u>June 17, 2011 at 3:21 PM - Home</u>
This message is intended for Sandra Fillichio. If you are not Sandra
Fillichio, please hang up. If you are Sandra please continue to listen to this
message and there will be a three second pause. By continuing to listen to
this message your are acknowledging that you are Sandra. Ms. Fillichio this
communication is from debt collector with Redline Recovery Services, this
is an attempt to collect a debt. Any information obtained will be used for that
purpose. Ok Ms.Sandra it is 1-866-399-7209, extension 971.

<u>June 22, 2011 – Cellular</u>
Hi, this message is for Sandra Fillichio. If this is not Sandy Fillichio, hang
up. If you are Sandy please continue to listen to this message there will be a
three second pause. By continuing to listen you are acknowledging you are
Sandy Fillichio my name is Darrell McClain I'm a debt collector with
Redline recovery Services this is an attempt to collect a debt, any
information obtained is used for that purpose. I need a return call from you
sandy at 866-399-7201 ext. 064.

<u>June 29, 2011 - Cellular</u>
Hi, this message is being left for Sandra Fillichio. If this is not Sandy
Fillichio, hang up. By listening to the remainder of this message, you're
acknowledging that you are Sandra Fillichio. My name is Ms.Coli and you
are being contacted with Redline. Return my call to 866-259-4155 at
extension 606, and as always in court (inaudible) this is in attempt to collect
a debt and any information which is obtained will be used for that purpose.

<u>June 29, 2011 - Home</u>

9

This message is intended for Sandra Fillichio. If you are not Sandra Fillichio please hang up. If you are Ms.Fillichio please continue to listen to this message there will be a three second pause. By continuing to listen you acknowledge that you're Sandra Fillichio. Ms.Fillichio my name is Darrell McClain I'm a debt collector with Redline Recovery Services this is an attempt to collect a debt and any information obtained will be used for that purpose. Ms.Fillichio I need a returned call from you at 866-399-7209 ext. 064 I am going to be here in the office until 9:00pm central time, again my number is 866-399-7209 ext. 064.

June 29, 2011 - Home
This message is intended for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By Listening to the remainder part of this message your are acknowledging that you are Sandra Fillichio. My name is Ms.Colar you are being contacted with Redline. Feel free to return my call at 866-259-4155 at ext.606 and as always according to federal law (inaudible) this is an attempt to collect a debt and any information obtained will be used for that purpose. Thank you

July 14, 2011 – Home – Pre-Recorded Message
--Intended for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call you hereby acknowledge that you are the intended and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from Tim Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important that you contact my office as we may able to offer you a substantial discount on your debt. My name is Tim Cozy and I can be reached at 866-399-7209. Thank you.

July 30, 2011 - Home – Pre-Recorded Message
This call is intended only for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. If you believe we've got the wrong number, please call 866-259-4155 so we can remove your number. By continuing to listen to this call you hereby acknowledge that you are the intended and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important that you contact my office as we may able to offer

10

you a substantial discount on your debt. My name is Jane Taylor and I can be reached at 866-259-4155. Please call me to discuss how much money we may be able to save you. Again, that number is 866-259-4155.

August 6, 2011 - Home – Pre-Recorded Message
Only for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call you hereby acknowledge that you are the intended and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from Juanda Luke, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important that you contact my office as we may able to offer you a substantial discount on your debt. My name is Juanda Luke and I can be reached at 866-399-7209. Thank you.

August 20, 2011 - Home – Pre-Recorded Message
--If you are Sandra Fillichio, then please press 1 at the prompt. If you are not Sandra Fillichio, and believe we are dialing the wrong number then please press 2 when prompted. We will now pause for three seconds for you to select an option or hang up. Please make your selection now. By continuing to listen you hereby represent that you are in face Sandra Fillichio and in accordance with Federal law, we are advising you that this call is from Tim Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. My name is Tim Cozy and I can be reached at 866-399-7209. Please call me to discus how much money we may able to save you. Again, that number is 866-399-7209. Thank you.

August 26, 2011 - Home – Pre-Recorded Message
--Intended for Sandra Fillichio. If you are Sandra Fillichio, please hang up. By continuing to listen to this call you are hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law we are advising you that this call is from Tim Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Tim Cozy and I can be reached at 866-399-7209. Thank you.

11

<u>August 30, 2011 - Home – Pre-Recorded Message</u>
Hello. This call is intended only for Sandra Fillichio. If you not are Sandra Fillichio, please hang up. If you believe we have the wrong number, please call 866-489-4014 so we can remove your number. By continuing to listen to this call you are hereby acknowledge that you are the intended party and that you are not listening to this message in the presence others. In accordance with Federal law we are advising you that this call is from a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Jane Taylor and I can be reached at 866-489-4014. Please call me to discuss much money we may able to save you. Again, that number is 866-489-1014. Thank you.

<u>September 8, 2011 - Home – Pre-Recorded Message</u>
--is intended only for Sandra Fillichio. If you not are Sandra Fillichio, please hang up. By continuing to listen to this call, you are hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from Tim Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Tim Cozy and I can be reached at 866-399-7209. Thank you.

<u>September 16, 2011 - Home – Pre-Recorded Message</u>
This is not a telemarketing or sales call. This call is only intended for Sandra Fillicho. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call, you hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from Juanda Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to use that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Juanda Cozy and I can be reached at 866-388-1224. Please call me to discuss how much money we may be able to save you. Again, that number is 866-388-1224. Thank you.

September 22, 2011 1 of 3 – Cellular
This message is for Sandra Fillichio. If I've called the wrong number for this person, please contact us at 866-868-6371 to remove your number. If you're not Sandra Fillichio, please hang up. This Mike McMillen with Redline Recovery Services, this is an attempt to collect a debt b y a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 866-868-6371, extension 009. Thank you.

September 22, 2011 2 of 3  - Home
This message is for Sandra Fillichio. If I've called the wrong number for this person, please contact us at 866-868-6371 to remove your number. If you're not Sandra Fillichio, please hang up. This Mike McMillen with Redline Recovery Services, this is an attempt to collect a debt b y a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 866-868-6371, extension 009. Thank you.

September 22, 2011 3 of 3  - Home
Hello. This call is intended only for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. If you believe we have the wrong number, please call 866-489-4014 so we can remove your number. By continuing to listen to this call you hereby you acknowledge that you are the intended party and that you are not listening to this message in the presence of others. In accordance with federal law, we are advising you that this call is from a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Jane Taylor and I can be reached at 866-489-4014. Please call me to discuss how much money we may be able to save you. Again, that number is 866-489-4014. thank you.

September 29, 2011 - Home – Pre-Recorded Message
--Is intended only for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call you hereby you acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with federal law, we are advising you that this call is from Juanda Luke, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is

important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Juanda Luke and I can be reached at 866-399-7209. thank you.

October 12, 2011 – 1 of 2 – Cellular
This message is intended for Sandra Fillichio. Ms. Fillichio my name is Ken Corwell please return the phone call back to my office. I will be in the office today up until 9:00pm, I'm sorry I will be in the office today until 4:30pm central standard telephone number where I can be reached here is 866-281-5601 the direct extension number is #193 thank you.

October 12, 2011 – 2 of 2 - Home
This message is intended for Sandra Fillichio. If we have reached the wrong the wrong number for Sandra Fillichio, please hang up. Ms. Israel with Redline Recovery Services. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact Ms. Israel at 866-399-7209. My extension is 2203. Please use reference number 84449666. Thank you.

October 20, 2011 - Home – Pre-Recorded Message
This call is only intended for Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call you hereby you acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with federal law, we are advising you that this call is from Juanda Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Juanda Cozy and I can be reached at 866-399-7209. thank you.

October 26, 2011 1 of 2  - Cellular
Hello. I'm calling for Sandra Fillichio. If I've reached the wrong number for this person, please call back 866-281-5701 to remove the number. And if you are not Sandra Fillichio, please hang up. My name is Ms. Minor calling you from Redline Recovery Services. This is an attempt to collect a debt by a debt collector. Any and all information obtained will be used for that purpose only. Return the call to 866-281-5701. And I can be reached at extension 067. Return the call to me right away. I do want to assist you with

this matter but it is important that you call back. This is not going to go away, may as well call while we have the offer available. Thank you.

October 26 2 of 2  - Home Phone
This is a message for Sandra Fillichio. If I've reached the wrong number for this person, please call 866-399-7209 to remove the number. This is Darryl McClain from Redline Recovery Services. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact me regarding an important business matter at 866-399-7209, extension 2064, referencing out number 4449666.

November 7, 2011 - Home – Pre-Recorded Message
--or sales call. This call is only intended for Sandra Fillichio. If you are not, Sandra Fillichio, please hang up. By continuing to listen to this call, you hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who do not wish to hear it. In accordance with federal law, we are advising you that this call is from Tim Luke, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Tim Luke and I can be reached at 866-489-4014. Please call me to discuss how much money we may be able to save you. Again that number is 866-489-4014. Thank you.

November 11. 2011 - Home – Pre-Recorded Message
This message is intended for Sandra Fillichio. Ms. Fillichio, my name is Tim Crowell. Please return the phone call tomorrow if I am not here today until 3PM. Telephone number where I can be reached is 866-281-5701, my direct extension number is 093.

November 17, 2011 - Home – Pre-Recorded Message
If you are Sandra Fillichio, then please press 1 at the prompt. If you are not Sandra Fillichio, and you believe we are dialing the wrong number, then please press 2 when prompted. We will now pause for three seconds for you to select an option or hang up. Please make your selection now. By continuing to listen, you hereby represent that you are in fact Sandra Fillichio. In accordance with federal law, we are advising you that this call is from Juanda Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be

15

used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Juanda Cozy and I can be reached at 866-399-7209. Please call me to discuss how much money we may be able to save you. Again that number is 866-399-7209. Thank you.

<u>November 21, 2011 - Home – Pre-Recorded Message</u>
--intended for Sandra Fillichio. If you are not Sandara Fillichio, please hang up. By continuing to listen to this call, you hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with federal law, we are advising you that this call is from Juanda Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important to us that you contact my office as we may be able to offer you a substantial discount on your debt. My name is Juanda Cozy and I can be reached at 866-399-7209. Thank you.

<u>November 28, 2011 – Home – Pre-Recorded Message</u>
-- Sandra Fillichio. If you are not Sandra Fillichio, please hang up. By continuing to listen to this call you hereby acknowledge that you are the intended party and that you are not listening to this message in the presence of those who you do not wish to hear it. In accordance with Federal law, we are advising you that this call is from Juanda Cozy, a debt collector with Redline Recovery Services and we are attempting to collect a debt. Any information that is obtained will be used for that purpose. It is important that you contact my office as we may able to offer you a substantial discount on your debt. My name is Juanda Cozy and I can be reached at 866-399-7209. Thank you.

<u>December 6, 2011 - Home</u>
This message is intended for Sandra Fillichio. This [indiscernible]. If you are not Sandra Fillichio, give us a call in the office to have your number removed. The number is 1-866-281-5701. If you are not Sandra Fillichio, hang up. My name is Ken Crowell with Redline Recovery Services. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. You can reach me at my office between the hours of 7AM and 9PM. The number is 1-866-281-5701, with an extension number 2256. Thank you.

December 8, 2011 - Cellular
No discernable message.

December 22, 2011 – Home – Pre-Recorded Message
Hi. This confidential message is for Ms. Sandra W. Fillichio. If we have reached the wrong number for this individual, please contact my office at 1-800-806-3464 to request this number be removed. If this is not Ms. Sandra W. Fillichio, please hang up. Ma'am this is Wanda Bennett attempting to contact you from Redline Recovery Services. This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Please contact my office about an important business matter at 800-806-3464 and my direct is extension 2223. Good day and good luck ma'am.

18.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

19.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

20.    Defendant, REDLINE, failed to inform Plaintiff in the messages that

the communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

21.    Defendant, REDLINE, used an automatic telephone dialing system or

a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular

telephone.

22.    None of Defendant, REDLINE's telephone calls placed to Plaintiff

were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

23.    Defendant, REDLINE, willfully or knowingly violated the TCPA.

COUNT I
FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

24.    Plaintiff incorporates Paragraphs 1 through 23.

25.    Defendant, REDLINE, failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

COUNT II
FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

26.    Plaintiff incorporates Paragraphs 1 through 23.

27.    Defendant, REDLINE, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-

18

Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

28.     Plaintiff incorporates Paragraphs 1 through 23.

29.     Defendant, REDLINE, caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See Sanchez v. Client Servs., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT IV

VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

30.    Plaintiff incorporates Paragraphs 1 through 23.

31.    Defendant, REDLINE, placed non-emergency telephone calls, on behalf of ASSET, to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

a.    Damages;

b.    a declaration that Defendant's calls violate the TCPA;

c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.    Such other or further relief as the Court deems proper.

JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235

donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658